1444

# MOTION DOCKET

**97–376.   State v. Bird.**
Franklin App. No. 96APA04–505.
   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the motion of *amici curiae,* Lambda Legal Defense and Education Fund, Inc., and the Ohio Human Rights Bar Association, to participate in oral argument currently scheduled for February 18, 1998,
   IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amici curiae* shall share the time allotted to appellant.

**97–1595.   Genaro v. Cent. Transport, Inc.**
Certified State Law Question, Nos. 1:96CV2282, 1:97CV00598 and 1:97CV601.   On request for oral argument of Bally Total Fitness, request for oral argument of Michael J. Genaro, Sr., request for oral argument of Central Transport, Inc., Central Cartage Company, and Alan Bassetti, and request for oral argument of Future Electronics, Inc. and Bonita Russell.   Requests granted.

**97–1812.   State ex rel. Simms v. Sutula.**
Cuyahoga App. No. 72896.   On motion to commence disciplinary action.   Motion denied.
   On motion to dismiss motion to commence disciplinary action.   Motion granted.
   On motion to strike motion to dismiss motion to commence disciplinary action.   Motion denied.

**97–1890.   ALLTEL Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–819–TP–CSS.   On motion for stay.   Motion granted.
   Resnick, J., not participating.

**97–2197.   State v. Chambers.**
Hamilton App. No. C–970455.   On motion for leave to file delayed appeal.   Motion denied.
   Moyer, C.J., and Cook, J., dissent.

**97–2276.   State v. Berenyi.**
Paulding App. No. 11–97–1.   On motion to strike appeal and memorandum in support of jurisdiction. Motion denied.

**97–2330.   State v. Perry.**
Washington App. No. 96CA10.   On motion for leave to file delayed appeal.   Motion granted.
   Resnick and F.E. Sweeney, JJ., dissent.

**97–2450.   State v. Ward.**
Allen App. No. 1–97–11.   On motion for leave to file delayed appeal.   Motion granted.
   Douglas, Resnick and F.E. Sweeney, JJ., dissent.